174 A.3d 508

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. S.L., DEFENDANT–PE-
TITIONER, AND L.M., DEFENDANT. IN THE MATTER OF
M.A.M.–L., A MINOR, RESPONDENT.

C–166 September Term 2017
079258

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000159–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.